# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 01 CR 271 - 1 | **DATE** | 10/4/2006 |
| **CASE TITLE** | USA vs. Richard T. Hammack | | |

**DOCKET ENTRY TEXT**

Due to the offender's death; the case is closed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|